1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

REYES MARTIN
LENIN ~~MARTIN REYES~~

        Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case # 08-MS-02643-DUTY

ORDER OF DETENTION AFTER HEARING
(18 U.S.C. § 3142(i))

I.

A. ( ) On motion of the Government involving an alleged

   1. ( )   crime of violence;

   2. ( )   offense with maximum sentence of life imprisonment or death;

   3. ( )   narcotics or controlled substance offense with maximum sentence of ten or more years

         (21 U.S.C. §§ 801,/951, et. seq.,/955a);

   4. ( )   felony - defendant convicted of two or more prior offenses described above.

B. On motion (✓) (by the Government) / ( ) (by the Court sua sponte involving)

   1. (✓)   serious risk defendant will flee;

   2. ( )   serious risk defendant will

      a. ( )   obstruct or attempt to obstruct justice;

      b. ( )   threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

///

II.

The Court finds no condition or combination of conditions will reasonable assure:

A.  (✓) appearance of defendant as required; and/or

B.  (✓) safety of any person or the community;

III.

The Court has considered:

A.  (✓) the nature and circumstances of the offense;

B.  (✓) the weight of evidence against the defendant;

C.  (✓) the history and characteristics of the defendant;

D.  (✓) the nature and seriousness of the danger to any person or to the community.

IV.

The Court concludes:

A.  (✓) Defendant poses a risk to the safety of other persons or the community because:

_____

_____

_____

_____

_____

_____

B.  (✓) History and characteristics indicate a serious risk that defendant will flee because:

_____

_____

_____

_____

_____

_____

C.  ( ) A serious risk exists that defendant will:

    1. ( )  obstruct  or  attempt  to  obstruct  justice;

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

1    2. ( )   threaten, injure or intimidate a witness/ juror; because:

2    _____

3    _____

4    _____

5    _____

6    _____

7    _____

8    D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

9         provided in 18 U.S.C. § 3142 (e).

10   IT IS ORDERED that defendant be detained prior to trial.

11   IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections

12   facility separate from persons awaiting or serving sentences or person held pending appeal.

13   IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private

14   consultation with his counsel.

15

16

17   Dated: ___10/27/08___

18                                         U.S. Magistrate Judge / District Judge

19

20

21

22

23

24

25

26

27

28

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(I))**

CR - 94 (02/94)                          - 3 -                          Page 3 of 3